| Attorney or Party without Attorney:<br>Manuel A. Martinez (#115075)<br>STEIN & LUBIN LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111<br>Attorney for: Plaintiffs | Telephone<br>(415) 981-0550 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: CCIP, L.P. and Contra Costa Industrial Park II, L.P. v. United States of America, et al | | |
| PROOF OF SERVICE | | Case Number: C 07 4344 JL |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: United States of America
   b. Person Served: Joanne Swanson, United States Attorney's Office, Authorized to Accept Service

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: August 23, 2007
   (2) TIME: 1:13pm
   (3) ADDRESS: United States Attorney's Office
               450 Golden Gate Avenue, 9th Floor
               San Francisco, CA 94102

4. I thereafter mailed (via first-class, postage prepaid) copies of the documents to party to be served at the place where the copies were left. Mailed from San Francisco, California on August 24, 2007.

5. Witness fees were not demanded or paid.

Fee for Service: $65.00

Person Serving: Joshua Bennett
Registered California Process Server
County: San Francisco   Registration #: 1007

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: August 24, 2007   Signature:

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. C 07 4344 JL

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT;
3. CIVIL COVER SHEET;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
6. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
7. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
8. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;
9. STANDING ORDERS FOR UNITED STATES MAGISTRATE JUDGE JAMES LARSON;
10. ALTERNATIVE DISPUTE RESOLUTION PACKAGE;
11. ECF REGISTRATION INFORMATION HANDOUT;
12. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION FILING GUIDELINES;
13. PUBLIC NOTICE RE: UNITED STATES DISTRICT COURT MAGISTRATE JUDGE WAYNE D. BRAZIL