SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
Assistant United States Attorney
    450 Golden Gate Avenue, 9th Floor
    P.O. Box 36055
    San Francisco, CA 94102-3495
    Telephone:   (415) 436-7200
    Facsimile:    (415) 436-6748

Attorneys for The United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CCIP, L.P. and CONTRA COSTA INDUSTRIAL PARK II, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, and DOES 1-100, <br><br> Defendants. | ) **CIVIL NO: C 07-4344 JL** <br> ) <br> ) <br> ) <br> ) REQUEST FOR REASSIGNMENT TO <br> ) A UNITED STATES DISTRICT JUDGE <br> ) <u>FOR TRIAL AND DISPOSITION</u> <br> ) <br> ) <br> ) <br> ) |

    The defendants, through their undersigned attorney, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: November 1, 2007         Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                            /s/
                                   _____
                                   CHARLES M. O'CONNOR
                                   Assistant United States Attorney

                                         Attorneys for the United States