1  Manuel A. Martinez (SBN 115075)
   STEIN & LUBIN LLP
2  Transamerica Pyramid
   600 Montgomery Street, 14th Floor
3  San Francisco, CA 94111
   Telephone:    (415) 981-0550
4  Facsimile:    (415) 981-4343
   mmartinez@steinlubin.com
5
   Attorneys for Plaintiffs
6  CCIP, L.P. and CONTRA COSTA INDUSTRIAL
   PARK II, L.P.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  CCIP, L.P. and CONTRA COSTA          Case No.  C-07-4344 JL
    INDUSTRIAL PARK II, L.P.,
13
            Plaintiffs,                  **CERTIFICATION OF INTERESTED
14                                       ENTITIES OR PERSONS**
    v.
15
    UNITED STATES OF AMERICA and
16  DOES 1-100,

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1    Pursuant to Civil L.R. Rule 3-16, the undersigned certifies that the following listed

2    persons, associations of persons, firms, partnerships, corporations (including parent corporations),

3    or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6         1.    J.R. ("Eddie") Orton, III

7         2.    Moses Libitzky

8         3.    Michael Ziegler

9    Dated: January 2, 2008                STEIN & LUBIN LLP

10

11                                    By:    /s/ Manuel A. Martinez

12                                          Manuel A. Martinez
                                            Attorneys for Plaintiffs
13                                          CCIP, L.P. and CONTRA COSTA INDUSTRIAL
                                            PARK II, L.P.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1

**PROOF OF SERVICE BY MAIL**

2

     I am a citizen of the United States and employed in San Francisco County, California.  I

3

am over the age of eighteen years and not a party to the within-entitled action.  My business

4

address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California

5

94111.  I am readily familiar with this firm's practice for collection and processing of

6

correspondence for mailing with the United States Postal Service.  On January 2, 2008, I placed

7

with this firm at the above address for deposit with the United States Postal Service a true and

8

correct copy of the within document(s):

9

       **CERTIFICATION OF INTERESTED ENTITIES OR**
       **PERSONS**

10

11

in a sealed envelope, postage fully paid, addressed as follows:

12

Scott N. Schools                              Alberto R. Gonzales
Office of the U.S. Attorney                    Attorney General of the United States

13

450  Golden Gate Avenue, Box 36055             U.S. Department of Justice
San Francisco, CA 94102                        950 Pennsylvania Avenue, NW

14

                                    Washington, DC 20530-0001

15

*Attorneys for Defendant*
United States of America                       *Attorneys for Defendant*
                                   United States of America

16

17

Clark T. Vanepps
Director - Property Disposal Division

18

U.S. General Services Administration
450 Golden Gate Avenue

19

San Francisco, CA 94102-3434

20

     Following ordinary business practices, the envelope was sealed and placed for collection

21

and mailing on this date, and would, in the ordinary course of business, be deposited with the

22

United States Postal Service on this date.

23

     I declare that I am employed in the office of a member of the bar of this court at whose

24

direction the service was made.

25

     Executed on January 2, 2008, at San Francisco, California.

26

27

                         /s/ Mey Saephan

28

                          Mey Saephan