JAN-23-2008 12:43 From:US ATTORNEY        4154366927    To:415 981 4343    P.2/3
01/22/2008 15:55 FAX  415 981 4343        STEIN & LUBIN LLP                ☑002/003

Case 3:07-cv-04344-JSW   Document 17   Filed 01/28/2008   Page 1 of 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CCIP, L.P.,

               Plaintiff(s),

CASE NO. 07-04344 JSW

        v.

United States of America,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

               Defendant(s).

_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

### Court Processes:
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)  (ADR L.R. 5)
   ✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

### Private Process:
          Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
   ✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

          other requested deadline _____

Dated: 01/22/08

                                        Attorney for Plaintiff
                                        Manuel A. Martinez

Dated: 1/23/08

                                        Attorney for Defendant
                                        Charles M. O'Connor

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: __January 28, 2008__

UNITED STATES MAGISTRATE JUDGE