```
DATED: February 8, 2008
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
Assistant United States Attorney
    450 Golden Gate Avenue, 9th Floor
    P.O. Box 36055
    San Francisco, CA 94102-3495
    Telephone:   (415) 436-7200
    Facsimile:   (415) 436-6748
```

Attorneys for The United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CCIP, L.P. and CONTRA COSTA INDUSTRIAL PARK II, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, and DOES 1-100, <br><br> Defendants. | **CIVIL NO: C 07-4344 JL** <br><br> DECLINATION OF REASSIGNMENT TO A MAGISTRATE JUDGE |

   Counsel have met and conferred with their respective clients and with each other, and the parties respectfully decline reassignment of this case to a Magistrate Judge.

DATED: February 8, 2008

                               Respectfully submitted,

                               STEIN & LUBIN   LLP

                               /s/
                               _____
                               Manuel A. Martinez

                               Attorneys for Plaintiffs

1  DATED: February 8, 2008

2                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
3

4                                                      /s/

5                                              _____

6                                              CHARLES M. O'CONNOR
                                               Assistant U.S. Attorney
7
                                                   Attorneys for the United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declination of Magistrate Judge Reassignment
CCIP v. U.S.A.  C 07-4344 JSW                2