# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| CCIP, L.P., | 07-04344 JSW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| United States of America, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **G. Scott Emblidge**
> Moscone, Emblidge & Quadra LLP
> Mills Tower, Suite 2100
> 220 Montgomery St.
> San Francisco, CA 94104
> 415-362-3599
> emblidge@meqlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04344 JSW MED                 - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: February 14, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov