# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CCIP, L.P., | No. C 07-04344 JSW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| United States of America, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __4/4/08__

2. Did the case settle?    ☑ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

Dated: __4/21/08__

Mediator, G. Scott Emblidge
Moscone, Emblidge & Quadra LLP
Mills Tower, Suite 2100
220 Montgomery St.
San Francisco, CA 94104

Certification of ADR Session
07-04344 JSW MED