1  Manuel A. Martinez (SBN 115075)
   STEIN & LUBIN LLP
2  Transamerica Pyramid
   600 Montgomery Street
3  14th Floor
   San Francisco, CA  94111
4  Telephone:    (415) 981-0550
   Facsimile:    (415) 981-4343
5  mmartinez@steinlubin.com

6  Attorneys for Plaintiffs
   CCIP, L.P. and CONTRA COSTA INDUSTRIAL
7  PARK II, L.P.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   CCIP, L.P. and CONTRA COSTA            Case No.  C-07-4344 JL
13 INDUSTRIAL PARK II, L.P.,

14         Plaintiffs,

15 v.                                     **STIPULATION FOR ENTRY OF**
                                          **DISMISSAL**
16 UNITED STATES OF AMERICA and
   DOES 1-100,
17
           Defendants.
18

19

20

21

22

23

24

25

26

27

28

5160173/375112v1                                    Case No. C-07-4344 JL

                   STIPULATION FOR ENTRY OF DISMISSAL

1  **IT IS HEREBY STIPULATED** by and between Plaintiffs CCIP, L.P. and Contra

2  Costa Industrial Park II, L.P. and Defendants United States of America as follows:

3        1.     The Complaint for 1) Quiet Title; 2) Encroachment; and 3) Declaratory

4  Relief filed by Plaintiffs CCIP, L.P. and Contra Costa Industrial Park II, L.P. shall be dismissed

5  with prejudice, with each party to bear its own costs and attorneys' fees.

6           **IT IS SO STIPULATED AND AGREED.**

7  Dated: August 1, 2008            STEIN & LUBIN LLP

8

9                      By: /s/ Manuel A. Martinez

10                         Manuel A. Martinez
   Attorneys for Plaintiffs

11                         CCIP, L.P. and CONTRA COSTA INDUSTRIAL
   PARK II, L.P.

12

13 Dated: August 5, 2008            OFFICE OF THE UNITED STATES ATTORNEY

14

15                     By: /s/ Charles M. O'Connor

16                         Charles M. O'Connor
   Attorneys for Defendant

17                         UNITED STATES OF AMERICA

18                **ORDER**

19

20        **IT IS HEREBY ORDERED** that:

21       1.     The foregoing Stipulation is approved in its entirety.

22       2.     The Complaint for 1) Quiet Title; 2) Encroachment; and 3) Declaratory

23 Relief filed by Plaintiffs CCIP, L.P. and Contra Costa Industrial Park II, L.P. shall be dismissed

24 with prejudice, with each party to bear its own costs and attorneys' fees.

25          **IT IS SO ORDERED.**

26 DATED: _____

27                       U.S. DISTRICT COURT JUDGE

28