1  Manuel A. Martinez (SBN 115075)
   STEIN & LUBIN LLP
2  Transamerica Pyramid
   600 Montgomery Street
3  14th Floor
   San Francisco, CA  94111
4  Telephone:     (415) 981-0550
   Facsimile:     (415) 981-4343
5  mmartinez@steinlubin.com

6  Attorneys for Plaintiffs
   CCIP, L.P. and CONTRA COSTA INDUSTRIAL
7  PARK II, L.P.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CCIP, L.P. and CONTRA COSTA INDUSTRIAL PARK II, L.P., | Case No.  C-07-4344 JL |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION FOR ENTRY OF DISMISSAL** |
| UNITED STATES OF AMERICA and DOES 1-100, | |
| Defendants. | |

1  **IT IS HEREBY STIPULATED** by and between Plaintiffs CCIP, L.P. and Contra Costa Industrial Park II, L.P. and Defendants United States of America as follows:

   1. The Complaint for 1) Quiet Title; 2) Encroachment; and 3) Declaratory Relief filed by Plaintiffs CCIP, L.P. and Contra Costa Industrial Park II, L.P. shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

   **IT IS SO STIPULATED AND AGREED.**

   Dated: August 1, 2008                    STEIN & LUBIN LLP


                                            By: /s/ Manuel A. Martinez
                                                Manuel A. Martinez
                                                Attorneys for Plaintiffs
                                                CCIP, L.P. and CONTRA COSTA INDUSTRIAL
                                                PARK II, L.P.


   Dated: August 5, 2008                    OFFICE OF THE UNITED STATES ATTORNEY


                                            By: /s/ Charles M. O'Connor
                                                Charles M. O'Connor
                                                Attorneys for Defendant
                                                UNITED STATES OF AMERICA

                              **ORDER**

   **IT IS HEREBY ORDERED** that:

   1. The foregoing Stipulation is approved in its entirety.

   2. The Complaint for 1) Quiet Title; 2) Encroachment; and 3) Declaratory Relief filed by Plaintiffs CCIP, L.P. and Contra Costa Industrial Park II, L.P. shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

   **IT IS SO ORDERED.**

   DATED: August 12, 2008                   _/s/ Jeffrey S. White_____
                                            U.S. DISTRICT COURT JUDGE