JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney
    450 Golden Gate Avenue, 9th Floor
    P.O. Box 36055
    San Francisco, CA 94102-3495
    Telephone:  (415) 436-7200
    Facsimile:   (415) 436-6748

Attorneys for The United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CCIP, L.P. and CONTRA COSTA INDUSTRIAL PARK II, L.P., <br><br>    Plaintiffs, <br><br>    v. <br><br>UNITED STATES OF AMERICA, and DOES 1-100, <br><br>    Defendants. | **CIVIL NO: C 07-4344  JSW** <br><br> **FINAL JUDGMENT** <br><br>(Proposed) |

Judgment is hereby entered in accordance with this Court's Order of August 12, 2008, and the Complaint is dismissed with prejudice and each party will bear its own costs and attorneys fees.

DATED: September__, 2008

_____
JEFFREY S. WHITE
United States District Judge

1  APPROVED AS TO FORM:

2

3          /s/
   _____
   MANUEL A. MARTINEZ
4  STEIN & LUBIN  LLP

5     Attorneys for Plaintiffs

6
           /s/
7  _____
   CHARLES M. O'CONNOR
8  ASSISTANT U.S. ATTORNEY

9     Attorneys for the United States of America